1  Joshua K. Merkel, Esq. (SBN: 249877)
   jmerkel@westcoastlitigation.com
2  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
3  **Hyde & Swigart**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108
   Telephone: (619) 233-7770
5  Facsimile: (619) 297-1022

6  Attorneys for Plaintiff
   Douglas E. Bellows

7

8              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| DOUGLAS E. BELLOWS,  Plaintiff,  v.  LTD FINANCIAL SERVICES,  Defendant. | CASE NO.: 07CV-1308 JM(LSP)  **NOTICE OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27
28

1  **IT IS HEREBY STIPULATED AND AGREED** by and
2  between **DOUGLAS E. BELLOWS** and **LTD FINANCIAL SERVICES,**
3  through their designated counsel, that in consideration of the settlement
4  agreement reached in this matter, LTD FINANCIAL SYSTEMS be and
5  hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

6  Dated:  October 2, 2007

8  **Hyde & Swigart**

9   /s/ Joshua K. Merkel
10 Joshua K. Merkel, Esq.
   Attorney for Plaintiff

12 Dated:  October 2, 2007

14 **Johnson & Chambers**

16  /s/ Timothy P. Johnson
   Timothy P. Johnson, Esq.
17 Attorney for Defendant