# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS E. BELLOWS,<br><br>              Plaintiff,<br>v.<br><br>LTD FINANCIAL SERVICES,<br><br>              Defendant. | CASE NO.: 07CV-1308 JM(LSP)<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT LTD FINANCIAL SERVICES** |

The Joint Motion to Dismiss With Prejudice Defendant LTD FINANCIAL SERVICES is granted.  **IT IS SO ORDERED.**

Dated:  October 4, 2007

_____
HON. JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE